**LITE DEPALMA GREENBERG, LLC**
Victor A. Afanador, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
vafanador@litedepalma.com

*Attorneys for Defendant, Davias Taylor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 19-cr-563-1 (FLW) |
| v. | **PETITION FOR ACTION ON THE MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE** |
| DAVIAS TAYLOR | |

Upon the application of the Defendant Davias Taylor through his counsel, Victor A. Afanador, Esq., and upon the consent of Nicholas Zotti, United States Pretrial Services Officer and the Office of the United States Attorney for the District of New Jersey;

**IT IS ON THIS** 3rd **DAY OF** April, 2020

**SO ORDERED** that the petition for the modification of conditions of the Defendant's pretrial release as set in the Order dated August 16, 2019 shall be modified as follows:

1. The location monitoring condition is hereby removed; and
2. All other conditions remain in effect.

Dated: April 3, 2020

_____
CHIEF JUDGE FREDA L. WOLFSON

Form and entry consented to:

*s/ J. Brendan Day*  
J. Brendan Day, AUSA

*/s/ Victor A. Afanador*  
Victor A. Afanador  
*Attorney for Defendant, Davias Taylor*

820904.1